| PROB 22 [EDTN51] (1/98) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 4:05-CR-00004-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 3:14-00086-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Trevino Brewer 1015 South Franklin Apt 12A c/o Lynn Brewer Tullahoma, Tennessee 37388 | DISTRICT Eastern District of Tennessee | DIVISION Chattanooga |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Curtis L. Collier, United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11-8-2013 | TO 11-7-2021 |

OFFENSE

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN** DISTRICT OF **TENNESSEE - CHATTANOOGA**

    IT IS HEREBY ORDERED that pursuant to Title 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Middle District of Tennessee - Cookeville** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____  _____/s/_____
         Date        The Honorable Curtis L. Collier
                              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Middle** DISTRICT OF **Tennessee**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

____5-20-14____  _____
   Effective Date        United States District Judge